EXHIBIT B

| US6603330 | Fujitsu PRIMERGY GX2460 ("The Accused Product") |
|---|---|
| 25. A method of programming a programmable digital circuit block, comprising the steps of: | The accused product discloses a method of programming a programmable digital circuit block (e.g., DDR 4 SDRAM).<br><br>**FUJITSU Server PRIMERGY GX2460 M1**<br><br>GPU server optimized for AI, Data Science and HPC<br><br>FUJITSU Server PRIMERGY GX2460 M1<br><br>• Supports dual AMD EPYC™ 7002/7003 series processors, up to 1TB memory and up to 4x NVIDIA PCIe GPU cards |

https://www.fujitsu.com/global/products/computing/servers/primergy/gpu/gx2460m1/; *see also* https://www.fujitsu.com/us/support/products/computing/server-storage/cib/index.html

# Data Sheet
# FUJITSU Server PRIMERGY GX2460 M1 GPU Server

GPU server optimized for AI, Data Science, VDI and HPC at the right price-performance ratio

Fujitsu offers a fantastic blend of systems, solutions and expertise to guarantee maximum productivity, efficiency and flexibility, delivering confidence and reliability. FUJITSU Server PRIMERGY systems deliver workload-optimized x86 industry standard servers for any workload and business demand. Since there is no single server solution to meet all these needs, Fujitsu offers a broad server portfolio consisting of expandable tower servers for remote and branch offices, versatile rack-mount servers, density-optimized multi-node servers as well as GPU accelerated

the server supports the FUJITSU ISM, to enhance admin productivity and ease server usage across the entire lifecycle.



https://nisko-tech.com/wp-content/uploads/2021/02/ds-py-gx2460-m1.pdf

| | |
|---|---|
| Memory slot type | DIMM (DDR4) ECC |
| Memory capacity (min. - max.) | 128 GB - 1 TB |

https://nisko-tech.com/wp-content/uploads/2021/02/ds-py-gx2460-m1.pdf

| | |
|---|---|
| | **Standard memory modules**     16 GB (1 module(s) 16 GB) DDR4, registered, ECC, 3,200 MT/s, PC4-3200, DIMM, 1Rx4<br>16 GB (1 module(s) 16 GB) DDR4, registered, ECC, 3,200 MT/s, PC4-3200, DIMM, 2Rx8<br>32 GB (1 module(s) 32 GB) DDR4, registered, ECC, 3,200 MT/s, PC4-3200, DIMM, 2Rx4<br>64 GB (1 module(s) 64 GB) DDR4, registered, ECC, 3,200 MT/s, PC4-3200, DIMM, 2Rx4<br>64 GB (1 module(s) 64 GB) DDR4, registered, ECC, 3,200 MT/s, PC4-3200, LRDIMM, 4Rx4<br><br>https://nisko-tech.com/wp-content/uploads/2021/02/ds-py-gx2460-m1.pdf<br><br>As shown below, Fujitsu has run internal testing on the accused product. |



http://ftp.spec.org/cpu2017/results/res2020q4/cpu2017-20201124-24493.pdf

# JEDEC STANDARD

## DDR4 SDRAM

### JESD79-4

Source: DDR 4 standard

| | |
|---|---|
| a) loading a plurality of configuration data corresponding to any one of a plurality of predetermined digital functions into a configuration register of said programmable digital circuit block; and | The accused product discloses loading a plurality of configuration data (e.g., bits A1, A0) corresponding to any one of a plurality of predetermined digital functions (e.g., read/write operations of fixed burst length of BC8 or BC4; read/write operations of on-the-fly burst length of BC8 or BC4) into a configuration register (e.g., Mode register MR0) of said programmable digital circuit block (e.g., DDR 4 SDRAM).<br><br>3.4.1   Programming the mode registers<br><br>For application flexibility, various functions, features, and modes are programmable in seven Mode Registers, provided by the DDR4 SDRAM, as user defined variables and they must be programmed via a Mode Register Set (MRS) command. The mode registers are divided into various fields depending on the functionality and/or modes. As not all the Mode Registers (MR#) have default values defined, contents of Mode Registers must be initialized and/or re-initialized, i. e. written, after power up and/or reset for proper operation. Also the contents of the Mode Registers can be altered by re-executing the MRS command during normal operation. When programming the mode registers, even if the user chooses to modify only a sub-set of the MRS fields, all address fields within the accessed mode register must be redefined when the MRS command is issued. MRS command and DLL Reset do not affect array<br>Source: DDR 4 standard |

### 3.5 Mode Register

**MR0**

| Address | Operating Mode | Description | |
|---|---|---|---|
| BG1 | RFU | 0 = must be programmed to 0 during MRS | |
| BG0, BA1:BA0 | MR Select | 000 = MR0 | 100 = MR4 |
| | | 001 = MR1 | 101 = MR5 |
| | | 010 = MR2 | 110 = MR6 |
| | | 011 = MR3 | 111 = RCW[1] |
| A17 | RFU | 0 = must be programmed to 0 during MRS | |
| A13 | RFU | 0 = must be programmed to 0 during MRS | |
| A12 | RFU | 0 = must be programmed to 0 during MRS | |
| A11:A9 | WR and RTP[2, 3] | Write Recovery and Read to Precharge for auto precharge (see Table 1) | |
| A8 | DLL Reset | 0 = NO | 1 = Yes |
| A7 | TM | 0 = Normal | 1 = Test |
| A6:A4,A2 | CAS Latency[4] | (see Table 2) | |

JEDEC Standard No. 79-4
Page 14

| Address | Operating Mode | Description | |
|---|---|---|---|
| A3 | Read Burst Type | 0 = Sequential | 1 = Interleave |
| A1:A0 | Burst Length | 00 = 8 (Fixed) | |
| | | 01 = BC4 or 8 (on the fly) | |
| | | 10 = BC4 (Fixed) | |
| | | 11 = Reserved | |

Source: DDR 4 standard

| | |
|---|---|
| b) configuring said programmable digital circuit block to perform any one of said plurality of predetermined digital functions based on said configuration data, wherein said steps a) and b) are dynamically performed, and wherein said programmable digital circuit block includes a data register for storing data to facilitate performing any one of said plurality of predetermined digital functions. | The accused product discloses configuring said programmable digital circuit block (e.g., DDR 4 SDRAM) to perform any one of said plurality of predetermined digital functions (e.g., read/write operations of fixed burst length of BC8 or BC4; read/write operations of on-the-fly burst length of BC8 or BC4) based on said configuration data (e.g., bits A1, A0), wherein said steps a) and b) are dynamically performed (e.g., on-the-fly BC is dynamically performed based on MRS command), and wherein said programmable digital circuit block includes a data register (e.g., register storing ) for storing data to facilitate performing any one of said plurality of predetermined digital functions.<br><br>The data is bit A12. It is used according to the configuration data MR0 [A1, A0] to facilitate performing any one of the predetermined digital functions. For instance, if MR0[A1, A0] indicates on-the-fly (OTF) burst length, then A12 determines if the OTF burst length is BC4 or 8, and hence facilitates performing the read/write operations of OTF burst length BC4 or 8.<br><br>3.4.1    Programming the mode registers<br><br>For application flexibility, various functions, features, and modes are programmable in seven Mode Registers, provided by the DDR4 SDRAM, as user defined variables and they must be programmed via a Mode Register Set (MRS) command. The mode registers are divided into various fields depending on the functionality and/or modes. As not all the Mode Registers (MR#) have default values defined, contents of Mode Registers must be initialized and/or re-initialized, i. e. written, after power up and/or reset for proper operation. Also the contents of the Mode Registers can be altered by re-executing the MRS command during normal operation. When programming the mode registers, even if the user chooses to modify only a sub-set of the MRS fields, all address fields within the accessed mode register must be redefined when the MRS command is issued. MRS command and DLL Reset do not affect array<br><br>Source: DDR 4 standard |

### 3.5   Mode Register

**MR0**

| Address | Operating Mode | Description | |
|---|---|---|---|
| BG1 | RFU | 0 = must be programmed to 0 during MRS | |
| BG0, BA1:BA0 | MR Select | 000 = MR0 | 100 = MR4 |
| | | 001 = MR1 | 101 = MR5 |
| | | 010 = MR2 | 110 = MR6 |
| | | 011 = MR3 | 111 = RCW[1] |
| A17 | RFU | 0 = must be programmed to 0 during MRS | |
| A13 | RFU | 0 = must be programmed to 0 during MRS | |
| A12 | RFU | 0 = must be programmed to 0 during MRS | |
| A11:A9 | WR and RTP[2, 3] | Write Recovery and Read to Precharge for auto precharge (see Table 1) | |
| A8 | DLL Reset | 0 = NO | 1 = Yes |
| A7 | TM | 0 = Normal | 1 = Test |
| A6:A4, A2 | CAS Latency[4] | (see Table 2) | |

JEDEC Standard No. 79-4
Page 14

| Address | Operating Mode | Description | |
|---|---|---|---|
| A3 | Read Burst Type | 0 = Sequential | 1 = Interleave |
| A1:A0 | Burst Length | 00 = 8 (Fixed) | |
| | | 01 = BC4 or 8 (on the fly) | |
| | | 10 = BC4 (Fixed) | |
| | | 11 = Reserved | |

Source: DDR 4 standard

**Table 16 — Command Truth Table**

| Function | Abbreviation | CKE Previous Cycle | CKE Current Cycle | CS_n | ACT_n | RAS_n /A16 | CAS_n /A15 | WE_n /A14 | BG0-BG1 | BA0-BA1 | C2-C0 | A12/ BC_n | A17, A13, A11 | A10/ AP | A0-A9 | NOTE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mode Register Set | MRS | H | H | L | H | L | L | L | BG | BA | V | OP Code | | | | 12 |
| Refresh | REF | H | H | L | H | L | L | H | V | V | V | V | V | V | V | |
| Self Refresh Entry | SRE | H | L | L | H | L | L | H | V | V | V | V | V | V | V | 7,9 |
| Self Refresh Exit | SRX | L | H | H | X | X | X | X | X | X | X | X | X | X | X | 7,8,9,10 |
| | | | | L | H | H | H | H | V | V | V | V | V | V | V | |
| Single Bank Precharge | PRE | H | H | L | H | L | H | L | BG | BA | V | V | V | L | V | |
| Precharge all Banks | PREA | H | H | L | H | L | H | L | V | V | V | V | V | H | V | |
| RFU | RFU | H | H | L | H | L | H | H | RFU | | | | | | | |
| Bank Activate | ACT | H | H | L | L | Row Address(RA) | | | BG | BA | V | Row Address (RA) | | | | |
| Write (Fixed BL8 or BC4) | WR | H | H | L | H | H | L | L | BG | BA | V | V | V | L | CA | |
| Write (BC4, on the Fly) | WRS4 | H | H | L | H | H | L | L | BG | BA | V | L | V | L | CA | |
| Write (BL8, on the Fly) | WRS8 | H | H | L | H | H | L | L | BG | BA | V | H | V | L | CA | |
| Write with Auto Pre-charge (Fixed BL8 or BC4) | WRA | H | H | L | H | H | L | L | BG | BA | V | V | V | H | CA | |
| Write with Auto Pre-charge (BC4, on the Fly) | WRAS4 | H | H | L | H | H | L | L | BG | BA | V | L | V | H | CA | |
| Write with Auto Pre-charge (BL8, on the Fly) | WRAS8 | H | H | L | H | H | L | L | BG | BA | V | H | V | H | CA | |
| Read (Fixed BL8 or BC4) | RD | H | H | L | H | H | L | H | BG | BA | V | V | V | L | CA | |
| Read (BC4, on the Fly) | RDS4 | H | H | L | H | H | L | H | BG | BA | V | L | V | L | CA | |
| Read (BL8, on the Fly) | RDS8 | H | H | L | H | H | L | H | BG | BA | V | H | V | L | CA | |
| Read with Auto Pre-charge (Fixed BL8 or BC4) | RDA | H | H | L | H | H | L | H | BG | BA | V | V | V | H | CA | |
| Read with Auto Pre-charge (BC4, on the Fly) | RDAS4 | H | H | L | H | H | L | H | BG | BA | V | L | V | H | CA | |
| Read with Auto Pre-charge (BL8, on the Fly) | RDAS8 | H | H | L | H | H | L | H | BG | BA | V | H | V | H | CA | |
| No Operation | NOP | H | H | L | H | H | H | H | V | V | V | V | V | V | V | 10 |
| Device Deselected | DES | H | H | H | X | X | X | X | X | X | X | X | X | X | X | |
| Power Down Entry | PDE | H | L | H | X | X | X | X | X | X | X | X | X | X | X | 6 |
| Power Down Exit | PDX | L | H | H | X | X | X | X | X | X | X | X | X | X | X | 6 |
| ZQ calibration Long | ZQCL | H | H | L | H | H | H | L | V | V | V | V | V | H | V | |
| ZQ calibration Short | ZQCS | H | H | L | H | H | H | L | V | V | V | V | V | L | V | |

Source: DDR 4 standard

| A12 / BC_n | Input | Burst Chop: A12 / BC_n is sampled during Read and Write commands to determine if burst chop (on-the-fly) will be performed. (HIGH, no burst chop; LOW: burst chopped). See command truth table for details. |
|---|---|---|

Source: DDR 4 standard

In the same manner that on-the-fly Burst Chop is configured and executed dynamically, the MRS can also be configured to dynamically execute on-the fly refresh rates as shown below.

### 4.9.1 Mode Register and Command Truth Table

The Refresh cycle time (tRFC) and the average Refresh interval (tREFI) of DDR4 SDRAM can be programmed by MRS command. The appropriate setting in the mode register will set a single set of Refresh cycle time and average Refresh interval for the DDR4 SDRAM device (fixed mode), or allow the dynamic selection of one of two sets of Refresh cycle time and average Refresh interval for the DDR4 SDRAM device(on-the-fly mode). The on-the-fly mode must be enabled by MRS as shown in Table 21 before any on-the-fly- Refresh command can be issued.

**Table 21 — MR3 definition for Fine Granularity Refresh Mode**

| A8 | A7 | A6 | Fine Granularity Refresh |
|---|---|---|---|
| 0 | 0 | 0 | Normal mode (Fixed 1x) |
| 0 | 0 | 1 | Fixed 2x |
| 0 | 1 | 0 | Fixed 4x |
| 0 | 1 | 1 | Reserved |
| 1 | 0 | 0 | Reserved |
| 1 | 0 | 1 | Enable on the fly 2x |
| 1 | 1 | 0 | Enable on the fly 4x |
| 1 | 1 | 1 | Reserved |

There are two types of on-the-fly modes (1x/2x and 1x/4x modes) that are selectable by programming the appropriate values into the mode register. When either of the two on-the-fly modes is selected ('A8=1'), DDR4 SDRAM evaluates BG0 bit when a Refresh command is issued, and depending on the status of BG0, it dynamically switches its internal Refresh configuration between 1x and 2x (or 1x and 4x) modes, and executes the corresponding Refresh operation. The command truth table is as shown in Table 22.

Source: DDR 4 standard

**Table 22 — Refresh command truth table**

| Function | CS_n | ACT_n | RAS_n /A15 | CAS_n /A14 | WE_n /A13 | BG1 | BG0 | BA0-1 | A10/ AP | A0-9, A11-12, A16-20 | MR3 Setting |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Refresh (Fixed rate) | L | H | L | L | H | V | V | V | V | V | A8 = '0' |
| Refresh (on-the-fly 1x) | L | H | L | L | H | V | L | V | V | V | A8 = '1' |
| Refresh (on-the-fly 2x) | L | H | L | L | H | V | H | V | V | V | A8:A7:A6='1 01' |
| Refresh (on-the-fly 4x) | | | | | | | | | | | A8:A7:A6='1 10' |

Source: DDR 4 standard