UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 2:22-cv-289-JRG-RSP

Name of party requesting extension: Fujitsu America, Inc.

Is this the first application for extension of time in this case?   ☑ Yes
    ☐ No

If no, please indicate which application this represents:   ☐ Second
    ☐ Third
    ☐ Other _____

Date of Service of Summons: 08/01/2022

Number of days requested:   ☑ 30 days
    ☐ 15 days
    ☐ Other _____ days

New Deadline Date: 9/21/2022   *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Cortney Alexander (Plaintiff's counsel)
State Bar No.: GA 142690
Firm Name: Kent & Risley LLC
Address: 5755 N Point Pkwy, Ste 57
    Alpharetta, GA 30022

Phone: 404.855.3867
Fax:
Email: cortneyalexander@kentrisley.com

A certificate of conference does not need to be filed with this unopposed application.